DAYVID FIGLER, ESQ.
Nevada Bar No. 004264
726 Casino Center Blvd., Suite 212
Las Vegas, Nevada 89101
Phone (702) 883-2626
Fax (7020 382-7990
Attorney for Defendant LUIS BENITO

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
*****

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:09-CR-00480-RCJ-RJJ |
| Plaintiff, ) | |
| vs. ) | |
| LUIS BENITO, ) | **CONSENT ORDER GRANTING** |
| Defendant. ) | **SUBSITUTION OF ATTORNEY** |

NOTICE is hereby given that, subject to approval by the Court, LUIS BENITO, does hereby substitute DAYVID FIGLER, ESQ., State Bar No. 004264, as counsel of record in place of FRANK STAPLETON, ESQ.

Contact information for new counsel is as follows:

Dayvid Figler, Esq.
726 Casino Center Blvd, Suite 212
Las Vegas, NV 89101
Phone (702) 883-2626
Fax (702) 382-7990
law@dayvidfigler.com

I, LUIS BENITO, hereby consent to the above substitution.

DATED this __11__ day of October, 2011.

_____
LUIS BENITO
Defendant

I, FRANK STAPLETON, ESQ., do hereby consent to the above substitution.

DATED this 13th day of October, 2011.

_____
FRANK STAPLETON, ESQ.
Nevada Bar No. 003819
600 S. Third St.
Las Vegas, NV 89101

I, DAYVID FIGLER, ESQ., do hereby consent to the above substitution.

DATED this 11th day of October, 2011.

_____
DAYVID FIGLER, ESQ.
Nevada Bar No. 004264
726 Casino Center Blvd., Suite 212
Las Vegas, Nevada 89101
Phone (702) 883-2626
Fax (7020 382-7990
Attorney for Defendant LUIS BENITO

The substitution of attorney is hereby approved and so **ORDERED**.

**DATED** this 1st day of November, 2011.

_____
Gloria M. Navarro
United States District Judge