# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:09-cr-00480-GMN-RJJ |
| vs. ) | |
| ) | **ORDER** |
| LUIS BENITO, ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Second Motion for Early Termination of Supervised Release (ECF No. 28) and the Motion to Amend/Correct Clerical Error (ECF No. 29) filed by Defendant Luis Benito ("Defendant"). Due to the Government's non-opposition (ECF No. 31) to these motions and it appearing to the Court that good cause has been shown, the Court hereby GRANTS Defendant's Motions.

**IT IS HEREBY ORDERED** that Defendant's Second Motion for Early Termination of Supervised Release (ECF No. 28) and Defendant's Motion to Amend/Correct Clerical Error (ECF No. 30) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Motion Hearing set for Thursday, December 20, 2012 at 2:30 PM is **VACATED**.

**DATED** this 19th day of December, 2012.

_____
Gloria M. Navarro
United States District Judge